

# Fourth Court of Appeals
## San Antonio, Texas

December 7, 2020

No. 04-20-00440-CV

**IN THE INTEREST OF E.H.,**

From the 225th Judicial District Court, Bexar County, Texas
Trial Court No. 2019-PA-01654
Honorable Richard Garcia, Judge Presiding

# O R D E R

The Appellant's First Supplemental Certificate of Service of Brief and Motion for Extension of Time to File Same is hereby GRANTED.

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of December, 2020.

_____
MICHAEL A. CRUZ, Clerk of Court